UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America , <br><br> Plaintiff, <br><br> v. <br><br> Wilbert B. Cason, <br><br> Defendant. | Case No. 2:17-cv-00985-MCE-DB <br><br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Wilbert B. Cason in the amount of $34,697.27, representing $30,171.67 in unpaid principal and $4,525.60 in accrued interest as of 7/19/2017.

August 23, 2017 MARIANNE MATHERLY, CLERK

By: /s/ G. Michel, Deputy Clerk